UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re )
)
WILLIAM T. YANCY ) Case No. 11-45171-399
ELIZABETH ANN YANCY, )
) Chapter 13
Debtors )
) Motion #6
)
) **O R D E R**

Debtors' Motion to Lift 180 Day Bar Against Refiling was filed May 17, 2011. Upon consideration and review of record in this case, it is

**ORDERED** that the Motion to Lift 180 Day Bar Against Refiling be and it hereby is **DENIED**. The Court believes the Debtors are familiar with the process of the 11 U.S.C. § 341 Meeting of Creditors having filed these previous cases in the past:

| | |
|---|---|
| Case No. 96-50241 | William T. Yancy & Elizabeth Ann Yancy |
| Case No. 98-51080 | William T. Yancy & Elizabeth Ann Yancy |
| Case No. 03-52774 | William T. Yancy & Elizabeth Ann Yancy |
| Case No. 05-46096 | William T. Yancy & Elizabeth Ann Yancy |
| Case No. 09-40755 | William T. Yancy & Elizabeth Ann Yancy |
| Case No. 11-42577 | William T. Yancy & Elizabeth Ann Yancy |

DATED: May 18, 2011
St. Louis, Missouri

_/s/ Barry S. Schermer_
Barry S. Schermer
Chief United States Bankruptcy Judge

Copy to: All Creditors and Parties in Interest